IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED NASSIM YASSINE,

    Plaintiff,

v.

ALBERTO GONZALEZ,

    Defendant.

No. C 06-03540 JSW

**ORDER TO SHOW CAUSE**

Petitioner Mohammed Nassim Yassine has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the petition by August 18, 2006. Petitioner may file a reply by September 1, 2006.

IT IS FURTHER ORDERED that a hearing on the petition will be conducted on September 22, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 26, 2006

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE