LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FAX (415) 391 4678
FRANK P. SPROULS State Bar #166019
Attorney for Petitioner

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Petitioner,<br><br>Mohammed Yasine<br><br>v.<br>ALBERTO GONZALEZ, ATTORNEY GENERAL OF THE UNITED STATES AND<br>CHARLES De Moore, Acting District Director, San Francisco Office, U.S. BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Respondents | **Stipulation to Hold Writ of Mandamus in abeyance pending renewed fingerprint check by Respondents**<br>C-06-3540 JSW |

1) Petitioner's spouse was granted poltical asylum on July 1, 2003.

2) She filed an application with the Respondents on July 14, 2003 to afford the Petitioner derivative asylee status.

3) Nearly three years later, on June 2, 2006, Petitioner filed a writ of mandamus compelling the Respondents to adjudicate the above application.

---

Stipulation on WRIT OF MANDAMUS Yassine v. Gonzalez c-06-3540 JSW       1

4) A Joint Case Management Statement must be filed by 09/28//06 with an Initial Case Management Conference set for 10/05/06.

5) The Court issued an Order to Show Cause on July 26, 2006. The Government has responded to the OSC and the Petitioner's response is due on 09/01/06. A hearing is set for 09/22/06

6) In filing the Response, a dispute arose between the parties as to whether or not the Petitioner had his fingerprints taken on January 31 of this year. The background check is an essential predicate to the granting of the petition.

7) The Respondents claim that he did not, the Petitioner claims that he did and that he provided a fingerprint receipt.

8) In any event, the Respondents have agreed to provide the Petitioner with another appointment to have his prints taken.

9) They aver that this is the final impediment to the resolution of the petition filed by Petitioner's wife.

10) In the interest of judicial economy the parties hereby stipulate and agree to hold this case in abeyance pending the resolution of the fingerprint check.

11) We move to vacate the Petitioner's response and the hearing on the Motion scheduled for 09/22/06 as well as the Case Management Conference and Status Report.

12) The parties will provide the Court with a status report (90) ninety days from today's date on November 28, 06.

13) If the matter is adjudicated prior to that date, Petitioner will voluntarily dismiss the writ.

Dated:_____ 2006

_____/s/_____         _____/s/_____

Frank P. Sprouls                     Edward Olsen

Attorney for Petitioner              US Attorney

_September 1, 2006_____  *Jeffrey S White*

US District Court Judge

Stipulation on WRIT OF MANDAMUS Yassine v. Gonzalez c-06-3540 JSW

3