```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED NASSIM YASSINE, <br><br> Petitioner, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States and DAVID STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services, <br><br> Respondents. | No. C 06-3540 JSW <br><br> **STIPULATION FOR DISMISSAL and [PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioner's Refugee Asylee Relative Petition.

Each of the parties shall bear their own costs and fees.

Date: October 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Stipulation for Dismissal
C 06-3540 JSW

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: October 10, 2007 | /s/<br>FRANK P. SPROULS<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 11, 2007

_____
JEFFREY S. WHITE
United States District Judge

Stipulation for Dismissal
C 06-3540 JSW